UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMILY WRIGHT, TIFFANY WILSON, KRISHNENDU CHAKRABORTY, and MICHAEL BROFMAN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>CAPITAL ONE BANK (USA), N.A., and CAPITAL ONE, N.A.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:21-cv-803-TSE-IDD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CAPITAL ONE, N.A.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the United States District Court for the Eastern District of Virginia, the undersigned counsel for Defendant Capital One, N.A., certify that Capital One, N.A. is a national banking association organized under federal law, with its principal location in Virginia. Capital One, N.A. is a wholly-owned subsidiary of Capital One Financial Corporation, which is a publicly traded corporation. Capital One Financial Corporation owns 10% or more of Capital One, N.A.'s stock. No other publicly held corporation owns 10% or more of Capital One, N.A.'s stock. Capital One Financial Corporation has no parent corporation and no publicly held corporation owns 10% or more of its corporate stock.

Dated: August 27, 2021

                                                Respectfully submitted,

                                                /s/ *Katherine E. Lehnen*
                                                Bryan A. Fratkin (VSB No. 38933)
                                                Seth A. Schaeffer (VSB No. 74509)
                                                Katherine E. Lehnen (VSB No. 92357)

2

McGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
bfratkin@mcguirewoods.com
sschaeffer@mcguirewoods.com
klehnen@mcguirewoods.com

John S. Moran (VSB No. 84236)
McGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Tel.: (202) 857-1700
Fax: (202) 857-1737
jmoran@mcguirewoods.com

*Counsel for Defendants Capital One Bank (USA), N.A. and Capital One, N.A.*

## **CERTIFICATE OF SERVICE**

I certify that on August 27, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Katherine E. Lehnen*
Katherine E. Lehnen

*Counsel for Defendants Capital One Bank (USA), N.A. and Capital One, N.A.*