# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):  Katherine Lehnen (VSB No. 92357)

_____

_____

Electronic Device(s):  iPhone and Computer

_____

Purpose and Location Of Use:  Hearing on Capital One's Motion to Dismiss

before Judge Ellis, Alexandria Courtroom 900

Case No.:  1:21-cv-803

Date(s) Authorized:  12/9/2021

IT Clearance Waived:  _____(Yes)    _____(No)

APPROVED BY:

Date:_____   _____
                                United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
                 IT Staff Member                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**