IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EMILY WRIGHT, *et al.*, on behalf of )
Themselves and all similarly situated individuals )
    Plaintiffs, )
)
    v. )    Civil Action No. 1:21-cv-803
)
CAPITAL ONE BANK (USA), N.A., *et al.*, )
    Defendants. )

## ORDER

Currently pending before the Court are requests from three attorneys for defendant Capital One Bank seeking authorization to bring electronic devices into the courthouse for the hearing set for Thursday, December 9. (Dkts. 45, 46, and 47.) No cellphones will be permitted into the courthouse, and accordingly the requests are **GRANTED IN PART, DENIED IN PART, and DENIED** as set forth below.

Attorney Katherine Lehnen requests permission to bring an iPhone and a computer into the courthouse. Dkt. 45. This request is **GRANTED IN PART**, insofar as Lehnen seeks permission to bring a computer into the courthouse to assist with oral argument, but **DENIED IN PART** insofar as Lehnen seeks permission to bring a cellphone into the courthouse. An authorization form concerning the permitted computer will issue separately.

Attorney John Moran requests permission to bring two iPhones into the courthouse. Dkt. 46. This request is **DENIED**.

Attorney Mary Colleen Beers requests permission to bring a cellphone into the courthouse. Dkt. 47. This request is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
December 8, 2021

/s/
T. S. Ellis, III
United States District Judge