IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| EMILY WRIGHT, TIFFANY WILSON, and KRISHNENDU CHAKRABORTY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.; AND CAPITAL ONE, N.A.,<br><br>Defendants. | Civil Action No. 1:21-cv-00803<br><br><br>STIPULATION OF DISMISSAL OF CLAIMS CONCERNING CAPITAL ONE DEPOSIT ACCOUNTS |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Emily Wright, Tiffany Wilson, and Krishnendu Chakraborty (together, "Plaintiffs") and Defendants Capital One Bank (USA), N.A. and Capital One, N.A. (with Plaintiffs, the "Parties"), by and through counsel, hereby stipulate to the voluntary dismissal of Plaintiffs' claims concerning Capital One deposit accounts in the above-captioned matter without prejudice, and without an award of fees or costs to any party as to those claims. All of Plaintiffs' other claims remain as pled in the operative complaint.

The Parties further stipulate that this dismissal renders Defendants' motion to dismiss Plaintiffs' claims concerning Capital One deposit accounts for lack of standing moot (*see* ECF Nos. 27, 28 at 6-7) and that the Court need not rule on Defendants' standing argument.

Date: December 27, 2021

/s/ *Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Email: kkelly@kellyguzzo.com
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167

1

          E. Michelle Drake*
          John G. Albanese*
          Ariana Kiener*
          BERGER MONTAGUE PC
          1229 Tyler Street NE, Suite 205
          Minneapolis, MN 55413
          T. 612.594.5999
          F. 612.584.4470
          emdrake@bm.net
          jalbanese@bm.net
          akiener@bm.net

          Sophia Rios*
          BERGER MONTAGUE PC
          401 B Street, Suite 2000
          San Diego, CA 92101
          T. 619.489.0300
          F. 215.875.4604
          srios@bm.net

          *admitted pro hac vice*

          *Counsel for Plaintiffs*

Dated: December 27, 2021      /s/Katherine E. Lehnen (with consent)
          Bryan A. Fratkin (No. 38933)
          Seth A. Schaeffer (No. 74509)
          Katherine E. Lehnen (No. 92357)
          McGUIREWOODS LLP
          800 East Canal Street
          Richmond, VA 23219
          Tel.: (804) 775-1000
          Fax: (804) 775-1061
          bfratkin@mcguirewoods.com
          sschaeffer@mcguirewoods.com
          klehnen@mcguirewoods.com

          John S. Moran (No. 84236)
          McGUIREWOODS LLP
          888 16th Street N.W.
          Suite 500
          Black Lives Matter Plaza
          Washington, DC 20006
          Tel.: (202) 857-1700

Fax: (202) 857-1737
jmoran@mcguirewoods.com

*Counsel for Defendants Capital One Bank (USA), N.A. and Capital One, N.A.*

**ORDER**

IT IS SO ORDERED.

Dated this 27 day of Dec., 2021.

_____
UNITED STATES DISTRICT JUDGE