UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMILY WRIGHT, TIFFANY WILSON, and KRISHNENDU CHAKRABORTY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A., and CAPITAL ONE, N.A.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:21-cv-803-CMH-IDD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CAPITAL ONE BANK (USA), N.A.'S AND CAPITAL ONE, N.A.'S
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendants Capital One Bank (USA), N.A. and Capital One, N.A. (collectively, "Capital One"), pursuant to Federal Rule of Civil Procedure 12(b)(1), move to dismiss the Complaint because Plaintiffs lack standing to assert their claims against Capital One. The grounds in support of this Motion are set forth in Capital One's Memorandum in Support filed with this Motion.

Dated: August 31, 2022

Respectfully submitted,

/s/ *John S. Moran*
Bryan A. Fratkin (VSB No. 38933)
Seth A. Schaeffer (VSB No. 74509)
Katherine E. Lehnen (VSB No. 92357)
McGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
bfratkin@mcguirewoods.com
sschaeffer@mcguirewoods.com
klehnen@mcguirewoods.com

1

John S. Moran (VSB No. 84236)
McGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Tel.: (202) 857-1700
Fax: (202) 857-1737
jmoran@mcguirewoods.com

*Counsel for Defendants Capital One Bank (USA), N.A. and Capital One, N.A.*

## CERTIFICATE OF SERVICE

I certify that on August 31, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ John S. Moran*
John S. Moran

*Counsel for Defendants Capital One Bank (USA), N.A. and Capital One, N.A.*