# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **11/02//2023**           Judge: **Patricia Tolliver Giles**
Time: 10:55 a.m. – 11:32 a.m.          Reporter: **S. Wallace**
(00:37)

Civil Action Number: **1:21-cv-00803-PTG-IDD**

**Emily Wright, et al.,**

**Plaintiffs,**

V.

**Capital One Bank (USA), N.A., et al.,**

**Defendants.**

Appearances of Counsel for Plaintiffs and Counsel for Defendants.

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| **Kristi Kelly** | **John Moran** |
| **John Albanese** | **Katherine Lehnen** |
|  | **Bryan Fratkin** |

MOTION TO/FOR:
[82] MOTION to Dismiss by Capital One Bank (USA), N.A., Capital One, N.A.

**MATTER ARGUED AND TAKEN UNDER ADVISEMENT –
WRITTEN OPINION/ORDER TO FOLLOW.**