**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| EMILY WRIGHT, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| v. | : Civil Action No. 1:21-cv-00803-PTG-IDD |
| : | |
| CAPITAL ONE BANK (USA), N.A., *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

## **WAIVER OF HEARING**

Plaintiffs, by counsel, hereby notify the Court that they waive any right to oral argument on the Motion for Leave to File Supplemental Authority (Dkt. 90).

                                                Respectfully submitted,
                                                **PLAINTIFFS**

                                                By: _/s/_____
                                                        Counsel

Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
Casey S. Nash, Esq., VSB #84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Fax: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

E. Michelle Drake*
John G. Albanese*
Ariana B. Kiener*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel. 612-594-5999
Fax 612-584-4470

emdrake@bm.net
jalbanese@bm.net
akiener@bm.net

Sophia M. Rios*
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego CA 92101
Tel. 619.489.0300
Fax 215.875.4604
srios@bm.net

*admitted *pro hac vice*

*Counsel for Plaintiffs*